```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    GAULDRY T. ALMONTE-HERNANDEZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-0291 GEB |
|---|---|
| Plaintiff, | ) **AMENDED** |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE |
| GAULDRY T. ALMONTE-HERNANDEZ, | ) |
| | ) Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) Date:  September 30, 2011 |
| | ) Time:  9:00 a.m. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for September 30, 2011, be vacated and the matter continued until December 9, 2011, for further status conference at the request of the defense.

The reason for the continuance is to allow for the presentation to the government of additional information pertinent to an outstanding sentencing factor ("Safety Valve" eligibility). The date selected also accounts for the logistics of conferring with Mr. Almonte-Hernandez who is being held at the Butte County Jail, and who requires the services of an interpreter.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act be excluded between September 30, 2011, and December 9, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time to prepare).

**IT IS SO STIPULATED.**

Date: September 28, 2011     BENJAMIN B. WAGNER
United States Attorney

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney
Counsel for Plaintiff

Date: September 28, 2011     DANIEL J. BRODERICK
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Counsel for Defendant
GAULDRY T. ALMONTE-HERNANDEZ

**O R D E R**

The above stipulation of the parties is accepted. The status conference set for September 30, 2011, is VACATED. This case is ordered to be re-calendared on December 9, 2011, for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

**IT IS SO ORDERED.**

Dated: September 29, 2011

GARLAND E. BURRELL, JR.
United States District Judge