DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GAULDRY T. ALMONTE-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0291 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| v. | |
| GAULDRY T. ALMONTE-HERNANDEZ, | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | Date: December 9, 2011 |
| | Time: 9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Heiko P. Coppola, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant GAULDRY T. ALMONTE-HERNANDEZ, that the status conference scheduled for December 9, 2011, be vacated and the matter continued until January 13, 2012, for further status conference at the request of the defense.

The reason for the continuance is due to the unavailability of Mr. Staniels because of a family medical situation, and to allow for the presentation to the government of additional information pertinent to an outstanding sentencing factor ("Safety Valve" eligibility). The date selected also accounts for the logistics of conferring with Mr. Almonte-Hernandez who is being held at the Butte County Jail, and who

1  requires the services of an interpreter.

2  IT IS FURTHER STIPULATED that time for trial under the Speedy
3  Trial Act be excluded between December 9, 2011, and January 13, 2012,
4  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv), Local Code T-4 (time
5  to prepare).

6  **IT IS SO STIPULATED.**

7  Date:  December 8, 2011                BENJAMIN B. WAGNER
                                          United States Attorney
8
9                                          /s/ *Heiko P. Coppola*
                                          HEIKO P. COPPOLA
10                                        Assistant United States Attorney
                                          Counsel for Plaintiff
11
12 Date:  December 8, 2011                DANIEL J. BRODERICK
                                          Federal Defender
13
14                                         /s/ *Jeffrey L. Staniels*
                                          JEFFREY L. STANIELS
15                                        Assistant Federal Defender
                                          Counsel for Defendant
16                                        GAULDRY T. ALMONTE-HERNANDEZ

17                          **O R D E R**

18  The above stipulation of the parties is accepted.  The status
19 conference set for December 9, 2011, is VACATED.  This case is ordered
20 to be re-calendared on January 13, 2012, for status conference.

21  The court finds, based on the reasons stated above, that the
22 interests of justice served by granting this continuance outweigh the
23 interests of the defendant and the public in a speedy trial.

24  **IT IS SO ORDERED.**

25 Dated:  December 8, 2011

26
27                                         _____
                                          GARLAND E. BURRELL, JR.
28                                        United States District Judge

Stipulation and Order                -2-